IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON MALEC, | : |
| | : |
| v. | : 3:07-cv-0864-ARC |
| | : |
| KOST TIRE & MUFFLER and KOST TIRE DISTRIBUTORS, INC., | : |
| | : |

**JOINT MOTION FOR JUDICIAL APPROVAL
OF THE SETTLEMENT OF THIS FLSA ACTION**

Plaintiff Brandon Malec and Defendant Kost Tire Distributors, Inc., pursuant to Section 16(b) of the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216(b), respectfully move for judicial approval of the settlement of this FLSA action. The fully executed Settlement Agreement and Release and all accompanying exhibits are filed herewith as Appendix A. As will be explained in the parties' joint brief, which shall be filed within ten days in accordance with Local Civil Rule 7.5, the settlement of this action is fair, reasonable, and adequate and, therefore, warrants approved under FLSA Section 16(b). A proposed order is attached.

Date:  December 19, 2007          FOR PLAINTIFF:

/s/ Peter Winebrake
Peter Winebrake
THE WINEBRAKE LAW FIRM, LLC
715 Twining Road, Suite 114
Dresher, PA 19025
(215) 884-2491

FOR DEFENDANT:

/s/ Donna Walsh, Esq.
Daniel T. Brier, Esq.
Donna Walsh, Esq.
Myers, Brier & Kelly, LLP
425 Spruce Street, Suite 200
Scranton, PA  18503
(570) 207-3665

Brian J. Cali, Esq.
Brian J. Cali, Esq.
Attorney at Law
103 East Drinker Street
Dunmore, PA  18512
(570) 344-2029