IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRANDON MALEC, | : |
| | : |
| v. | : 3:07-cv-0864-ARC |
| | : |
| KOST TIRE & MUFFLER and KOST TIRE DISTRIBUTORS, INC., | : |

### **ORDER**

**AND NOW**, this _____ day of _____, 2008, upon consideration of the "Joint Motion for Judicial Approval of the Settlement of this FLSA Action" ("Approval Motion") (Doc. 18), the accompanying and fully executed "Settlement Agreement and Release" ("Agreement") (Doc. 18 at Appendix A), the accompanying brief (Doc. 19), and all other papers and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Approval Motion is **GRANTED** and the settlement of this action, as asserted on behalf of Plaintiff and others similarly situated and as reflected in the Agreement, is **APPROVED** as fair, reasonable, and adequate under 29 U.S.C. §216(b);

2. Attorney Peter Winebrake of The Winebrake Law Firm, LLC is appointed to serve as class counsel for purposes of representing

2

        all individuals who choose to participate in the settlement pursuant to the procedures described in the Agreement;

3.     The Court's approval of class counsel's recoverable attorney's and litigation expenses and of Plaintiff Brandon Malec's recovery of an additional payment of $2,500 from the settlement fund is deferred pursuant to Section 5 of the Agreement; and

4.     All proceedings not related the settlement of this action are **STAYED**.

                                                    _____
                                                   Hon. A. Richard Caputo